IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELIZABETH'S STUDIO LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-10869

Judge Charles P. Kocoras

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 5 | LEFINESS |
| 6 | dongzheng7789 |
| 36 | GCCGFD |
| 38 | 88Newspaper |
| 41 | Qthrifty59 |
| 42 | Forchrinse |
| 66 | Kleidungly Fashion |
| 68 | yigeyi |
| 73 | MANDAWANGLUO |
| 89 | Qtinghua Fashion |
| 102 | BABAMOON Fashion |
| 113 | Big Rooster home textiles |
| 115 | Sweety Life |
| 121 | Towardent |
| 122 | TOBDESIGN |

DATED: October 6, 2025	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 6, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                   */s/ Keith A. Vogt*
                                                   Keith A. Vogt