IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH'S STUDIO LLC, | |
| Plaintiff, | Case No.: 1:25-cv-10869 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 16 | prime day deals today 2024 |
| 19 | Li&qtanga |
| 20 | Ceboyel Boutique |
| 24 | SBDmk |
| 26 | FZYLQY |
| 37 | kunmingxichunshangmaoyo |
| 43 | sfqfjbhd |
| 44 | DUEIG(7-15 Days Delivery) |
| 47 | TANGNADE Up to 50 percent off |
| 60 | Akklian |
| 104 | Yyeselk |
| 106 | Meiliwanju |
| 107 | jsaierl |
| 108 | JGGSPWM |
| 119 | Vitality Carpet |

DATED:  October 17, 2025 	Respectfully submitted,

<div style="margin-left: 50%;">

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 17, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt